United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                                Case No. 2:25-CR-14

Dennis W. McNamara,

Defendant

COURTROOM MINUTES
Arraignment on Information

| U.S. Chief District Judge Sarah D. Morrison | | Date: 3/18/2025 at 2:00 | |
|---|---|---|---|
| Deputy Clerk | Maria Rossi | Counsel for Govt: | Mark Gurzo |
| Court Reporter | Allison Kimmel | Counsel for Deft(s): | Steve Nolder |
| Interpreter | | Pretrial/Probation: | |
| Log In | | Log Out | |

Defendant presented a Waiver of Indictment to the Court.

Defendant pleaded Guilty to Counts 1 and 2 of the Information.

The Court accepted Defendant's Waiver of Indictment and plea of Guilty.

The Court ordered a PSR.

The defendant will remain on bond while awaiting sentencing.