United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                               Case No. 2:25-cr-14
Dennis W. McNamara

COURTROOM MINUTES
Sentencing Hearing

| U.S. District Judge Sarah D. Morrison | | Date: 8/21/2025 at 11:01 | |
|---|---|---|---|
| Deputy Clerk | Maria Rossi | Counsel for Govt: | Mark Gurzo |
| Court Reporter | Allison Kimmel | Counsel for Deft(s): | Steve Nolder |
| Interpreter | | Pretrial/Probation: | Emily Mueller |
| Log In | | Log Out | |

The defendant is sentenced to a term of 2 years' Probation on Counts 1 and 2 of the Information, to be served concurrently.
The first 6 months of Probation shall be served on Location Monitoring with a Curfew.
The defendant is ordered to pay a fine of $15,000.00.
A special assessment of $200 is imposed.